UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEPH GIORDANO AND BRIAN GORDON

V.

SOUTH SHORE TAPING, INC.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 4528 (LAP)(GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

ParticularMotion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: New York, New York
MAY 22, 2008

*Loretta A. Preska*
United States District Judge